No. A-CV-19-83

COURT OF APPEALS OF THE NAVAJO NATION

October 19, 1983

Daniel DESCHINNEY, SR., Appellant,

vs.

THE NAVAJO NATION, et.al., Appellees.

Robert J. Wilson, Esq., Raton, New Mexico for Appellant. Claudeen Bates Arthur, Department of Justice, Window Rock, Navajo Nation (Arizona) for Apellees.

This matter having come before the Court on the stipulation of the parties and the Court being fully advised, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this appeal is dismissed with prejudice.